United States District Court
Middle District of Florida
Jacksonville Division

**ANTHONY BRANDON BROWN,**

    *Plaintiff,*

v.                                     **NO. 3:25-cv-98-HES-PDB**

**JOSEPH SMITH & JM SMITH LOGISTICS, LLC,**

    *Defendants.*

# Order

The Court ordered the plaintiff to file a disclosure statement as required by Local Rule 3.03 by March 20, 2025. Doc. 12. The plaintiff has not complied. By **April 4, 2025**, the plaintiff must (1) file a disclosure statement as required by Local Rule 3.03 and (2) show cause why sanctions should not be imposed for failure to comply with the order. The required form is in the "forms" section of the Court's website, www.flmd.uscourts.gov/forms/all.

**Ordered** in Jacksonville, Florida, on March 21, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*