United States District Court
Middle District of Florida
Jacksonville Division

**ANTHONY BRANDON BROWN,**

   *Plaintiff,*

v.                                                                       **NO. 3:25-cv-98-HES-PDB**

**JOSEPH SMITH & JM SMITH LOGISTICS, LLC,**

   *Defendants.*

---

# Order

Considering the plaintiff's response to the order to show cause, Doc. 18, and the filing of a disclosure statement, Doc. 17, the Court discharges the order to show cause, Doc. 15.

**Ordered** in Jacksonville, Florida, on April 14, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*